UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES GETTINGS and APRIL, GETTINGS,<br><br>  Plaintiffs,<br><br>  v.<br><br>STATE FARM INSURANCE, COMPANY,<br>  Defendant. | No. CV-10-00168-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

   BEFORE THE COURT is the Stipulation for Dismissal of Claims With Prejudice (ECF 23) electronically filed by counsel for Defendant and the Declaration of Plaintiffs' counsel (ECF 24). The Declaration states that the parties have settled and resolved this matter and that Plaintiffs consent to the dismissal. (ECF 24). In the Stipulation (ECF 23) the parties request dismissal of all claims and counterclaims with prejudice and without costs.

   **IT IS HEREBY ORDERED:**

   1. The Clerk of this court shall enter judgment of dismissal **with** prejudice of the Complaint (ECF 1-1) and the claims therein and of the Counterclaim (ECF 5). The Judgment shall be without costs or attorneys fees to any party.

   2. Mr. Kane's Amended Motion to Withdraw as Counsel (ECF 20) is DENIED.

   **IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and Judgment, furnish copies to counsel, and close this file.

   **DATED** this 18th day of February, 2011.

               s/ Justin L. Quackenbush
            JUSTIN L. QUACKENBUSH
         SENIOR UNITED STATES DISTRICT JUDGE